**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-80905-CIV-SMITH**

NICHOLAS PAGAN,

    Plaintiff,

v.

CALZEDONIA USA, INC.,

    Defendant.

_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

THIS MATTER is before the Court on Plaintiff's Notice of Dismissal with Prejudice [DE 9], filed on September 6, 2019. Upon consideration, it is

**ORDERED** that

1. This case is **DISMISSED WITH PREJUDICE**.

2. All pending motions not otherwise ruled on are **DENIED AS MOOT**.

3. The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of September, 2019.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record